UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 91-21CR(7)(JCH) |
| | ) |
| RUBEN AGUILERA, | ) |
| | ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the indictment against the defendant.

CATHERINE L. HANAWAY
United States Attorney

s/Sam C. Bertolet
SAM C. BERTOLET
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

UNITED STATES DISTRICT JUDGE

Dated: This 10th day of July, 2008.

CERTIFICATE OF SERVICE

      I hereby certify that on *June 19, 2008*, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon counsel of record.

s/Sam C. Bertolet\
SAM C. BERTOLET\
Assistant United States Attorney